UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>        Defendant. | Civil Action No. 24-1099 (JEB) |

**JOINT STATUS REPORT**

      Plaintiff, Functional Government Initiative ("Plaintiff"), and Defendant, the United States Department of the Interior ("Defendant"), by and through undersigned counsel, hereby submit this joint status report in this Freedom of Information Act ("FOIA") matter pursuant to the Court's July 2, 2024 Minute Order. Plaintiff filed its complaint on April 17, 2024 (ECF No. 1), and Defendant answered on June 20, 2024 (ECF No. 4).

      The Office of the Secretary anticipates releasing records within the next week. The Bureau of Land Management (BLM) has completed searches for both of Plaintiff's requests – Requests BLM-2023-004410 and 2023-004401. BLM is currently reviewing records for Request 2023-004401 and anticipates issuing a final production by October 18, 2024. BLM's initial search for Request 2023-004410 returned approximately 12,000 pages of potentially responsive records. BLM is currently considering ways to narrow or clarify its search to better target responsive records, and anticipates completing any supplemental searches for this request by September 23, 2024.

      The parties request that they file the next joint status report on November 4, 2024 to update the Court regarding the status and the processing of Plaintiff's FOIA request.

A proposed form of order accompanies this joint status report.

Dated:  September 3, 2024

| | |
|---|---|
| */s/ Jeremiah Lee Morgan* <br> JEREMIAH LEE MORGAN <br> WILLIAM J. OLSON, P.C. <br> 370 Maple Avenue West <br> Suite 4 <br> Vienna, VA 22180 <br> (703) 356-5070 <br> Email: jmorgan@lawandfreedom.com | MATTHEW M. GRAVES <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> */s/ Thomas W. Duffey* <br> THOMAS W. DUFFEY <br> Assistant United States Attorney <br> Civil Division <br> 601 D Street, NW <br> Washington, D.C. 20530 <br> (202) 252-2510 <br> thomas.duffey@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | Civil Action No. 24-1099 (JEB) |

**[PROPOSED] FORM OF ORDER**

This matter, having come before the Court on the Joint Status Report filed by the parties, it is hereby ordered that the parties file another Joint Status Report on or before November 4, 2024.

SO ORDERED.

                                                    _____
                                                  JAMES E. BOASBERG
                                                  United States District Judge