UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>      Defendant. | Civil Action No. 24-1099 (JEB) |

**JOINT STATUS REPORT**

Plaintiff, Functional Government Initiative ("Plaintiff"), and Defendant, the United States Department of the Interior ("Defendant"), by and through undersigned counsel, hereby submit this joint status report in this Freedom of Information Act ("FOIA") matter pursuant to the Court's May 6, 2025 Minute Order. Plaintiff filed its complaint on April 17, 2024 (ECF No. 1), and Defendant answered on June 20, 2024 (ECF No. 4).

The Office of the Secretary made its initial release on May 10, 2024 and made its final release of information to the Plaintiff on November 4, 2024. The Bureau of Land Management (BLM) has completed searches for both of Plaintiff's requests – Requests BLM-2023-004410 and 2023-004401. BLM has completed its review of responsive records for Request 2023-004401 and issued a final production on November 6, 2024. Regarding Request 2023-004410, BLM has completed its review and issued a final response on November 18, 2024.

Plaintiff is satisfied with the production and the search, and the remaining issue which the parties will be discussing is attorney's fees. The parties request that they file the next joint status report on September 8, 2025, to update the Court regarding their discussions and future proceedings.

A proposed form of order accompanies this joint status report.

Dated:  July 7, 2025

| | |
|---|---|
| */s/ Jeremiah Lee Morgan*<br>JEREMIAH LEE MORGAN<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West<br>Suite 4<br>Vienna, VA 22180<br>(703) 356-5070<br>Email: jmorgan@lawandfreedom.com | JEANINE FERRIS PIRRO<br>United States Attorney<br><br><br><br><br><br>*/s/ Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>Civil Division<br>601 D Street, NW<br>Washington, D.C. 20530<br>(202) 252-2510<br>thomas.duffey@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>　　　　Defendant. | Civil Action No. 24-1099 (JEB) |

**[PROPOSED] FORM OF ORDER**

This matter, having come before the Court on the Joint Status Report filed by the parties, it is hereby ordered that the parties file another Joint Status Report on or before September 8, 2025.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge