UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

      Plaintiff,

      v.

U.S. DEPARTMENT OF THE INTERIOR,

      Defendant.

Civil Action No. 24-1099 (JEB)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date: May 5, 2026

Respectfully submitted,

/s/ *Jeremiah L. Morgan*
Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
jmorgan@lawandfreedom.com


*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Thomas W. Duffey*
Thomas W. Duffey
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2510
Thomas.Duffey@usdoj.gov

*Attorney for the United States*